IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 14 AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| vs. ) | CR. NO. 05-20393-Ma |
| JOHN A. DOBBINS, JR., ) | |
|     Defendant. ) | |

## ORDER ON GUILTY PLEA

This cause came on to be heard on November 10, 2005, the United States Attorney for this district appearing for the Government and the defendant, John A. Dobbins, Jr., appearing in person and with retained counsel, Mr. Kemper Durand.

With leave of the Court, the defendant entered a plea of guilty to a one-count Information. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this case is set for **Friday, February 10, 2006 at 3:00 p.m.** The defendant was released on bond pending sentencing.

**ENTERED** this the 10th day of November, 2005.

/s/ Samuel H. Mays, Jr.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20393 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT