```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```
_____

**UNITED STATES OF AMERICA,**      )
                                   )
    **Plaintiff,**               )
                                   )
**v.**                             )
                                   )     **CR. NO. 05-20393**
**John Dobbins,**                  )
                                   )
    **Defendant.**               )
                                   )
_____

**ORDER DENYING DEFENDANT'S MOTION FOR BAIL PENDING APPEAL**
_____

    On May 8, 2006, Defendant John Dobbins ("Dobbins") filed a motion for bail pending appeal.  The United States responded on May 22, 2006. Dobbins moved to voluntarily dismiss his appeal pursuant to Rule 42(b), and the Sixth Circuit granted his motion to dismiss on May 30, 2006.  Therefore, Dobbins' motion for bail pending appeal is DENIED as moot.

    So ordered this ____ day of June 2006.

                                     _____
                                     s/ SAMUEL H. MAYS, JR.
                                     UNITED STATES DISTRICT JUDGE